UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, et al., | Case No. |
| Plaintiffs, | **DECLARATION OF TAIJAH THOMAS RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Taijah Thomas, do declare and say:

1. I submit the following declaration concerning my status as one of Antonio Thomas' successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2. Antonio Thomas was born on ▮▮▮▮▮▮▮▮, in California.

3. No proceeding is now pending in California for administration of Antonio Thomas' estate.

4. I am one of Antonio Thomas' successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in the action or proceeding. I am Antonio Thomas' daughter.

5. No other person has a superior right to commence the action or proceeding or to be substituted for Antonio Thomas in the pending action or proceeding. My status as successor-in-interest is shared with Taionnaa Thomas, Antonio Thomas' daughter.

6. A true and correct copy of Antonio Thomas' death certificate is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on __1·7__, 2020, at Sacramento, California.


Taijah Thomas

---

**DECLARATION OF TAIJAH THOMAS RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
SACRAMENTO, CALIFORNIA

**STATE FILE NUMBER:** 3052020021577
**LOCAL REGISTRATION NUMBER:** 3202034000841

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a (REV 3/06)

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): **ANTONIO**
- 2. MIDDLE: **LAMAR**
- 3. LAST (Family): **THOMAS**
- 4. DATE OF BIRTH: [redacted]
- 5. AGE Yrs: **39**
- 6. SEX: **M**
- 9. BIRTH STATE/FOREIGN COUNTRY: **CA**
- 11. EVER IN U.S. ARMED FORCES?: **NO**
- 12. MARITAL STATUS: **NEVER MARRIED**
- 7. DATE OF DEATH: **01/21/2020**
- 8. HOUR: **0512**
- 13. EDUCATION: **12 ND**
- 14/15. HISPANIC/LATINO: **YES** / **NO** (X NO)
- 16. DECEDENT'S RACE: **BLACK**
- 17. USUAL OCCUPATION: **SALES**
- 18. KIND OF BUSINESS OR INDUSTRY: **RETAIL**
- 19. YEARS IN OCCUPATION: **2**

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: **6705 GREENBACK LANE #8**
- 21. CITY: **CITRUS HEIGHTS**
- 22. COUNTY/PROVINCE: **SACRAMENTO**
- 23. ZIP CODE: **95621**
- 24. YEARS IN COUNTY: **39**
- 25. STATE/FOREIGN COUNTRY: **CA**

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: **ANITA J B THOMAS, MOTHER**
- 27. INFORMANT'S MAILING ADDRESS: **6705 GREENBACK LANE #8, CITRUS HEIGHTS, CA 95621**

### SPOUSE/SRDP AND PARENT INFORMATION
- 28-30. SURVIVING SPOUSE/SRDP: —
- 31. NAME OF FATHER/PARENT–FIRST: **ANTHONY**
- 33. LAST: **WALLACE**
- 34. BIRTH STATE: **CA**
- 35. NAME OF MOTHER/PARENT–FIRST: **ANITA**
- 36. MIDDLE: **J B**
- 37. LAST (BIRTH NAME): **THOMAS**
- 38. BIRTH STATE: **OH**

### FUNERAL DIRECTOR/LOCAL REGISTRAR
- 39. DISPOSITION DATE: **02/06/2020**
- 40. PLACE OF FINAL DISPOSITION: **CAMELLIA MEMORIAL LAWN, 10221 JACKSON ROAD, SACRAMENTO, CA 95827**
- 41. TYPE OF DISPOSITION(S): **BU**
- 42. SIGNATURE OF EMBALMER: **TITUS GREEN**
- 43. LICENSE NUMBER: **EMB8305**
- 44. NAME OF FUNERAL ESTABLISHMENT: **MORGAN JONES FUNERAL HOME**
- 45. LICENSE NUMBER: **FD855**
- 46. SIGNATURE OF LOCAL REGISTRAR: **OLIVIA KASIRYE, MD**
- 47. DATE: **02/04/2020**

### PLACE OF DEATH
- 101. PLACE OF DEATH: **UC DAVIS MEDICAL CENTER**
- 102. IF HOSPITAL: **IP**
- 104. COUNTY: **SACRAMENTO**
- 105. FACILITY ADDRESS: **2315 STOCKTON BLVD**
- 106. CITY: **SACRAMENTO**

### CAUSE OF DEATH
- 107. CAUSE OF DEATH
  - (A) IMMEDIATE CAUSE: **PENDING**
  - (AT) Time Interval: **PEND**
- 108. DEATH REPORTED TO CORONER?: **YES** — Referral Number **20-00388**
- 109. BIOPSY PERFORMED?: **NO**
- 110. AUTOPSY PERFORMED?: **YES**
- 111. USED IN DETERMINING CAUSE?: **YES**

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: **Pending Investigation**
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: **JENNIFER BECKER**
- 127. DATE: **01/31/2020**
- 128. TYPE NAME, TITLE: **JENNIFER BECKER, DEPUTY CORONER**

*010001004438325*

FOR GOVERNMENTAL PURPOSES ONLY

CASACRAM02

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.

**DATE ISSUED:** MAR 17 2020



**DONNA ALLRED**, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

001890912

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE