UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, et al., | Case No. |
| Plaintiffs, | **DECLARATION OF TAIONNAA THOMAS RE: CAL. CODE CIV. PROC. § 377.32** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

I, Taionnaa Thomas, do declare and say:

1.  I submit the following declaration concerning my status as one of Antonio Thomas' successors-in-interest, pursuant to Cal. Code Civ. Proc. § 377.32.

2.  Antonio Thomas was born on ▇▇▇▇▇▇▇▇▇▇, in California.

3.  No proceeding is now pending in California for administration of Antonio Thomas' estate.

4.  I am one of Antonio Thomas' successors-in-interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to his interest in the action or proceeding. I am Antonio Thomas' daughter.

5.  No other person has a superior right to commence the action or proceeding or to be substituted for Antonio Thomas in the pending action or proceeding. My status as successor-in-interest is shared with Taijah Thomas, Antonio Thomas' daughter.

6.  A true and correct copy of Antonio Thomas' death certificate is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  1·7  , 2020, at Sacramento, California.

_____
Taonna Thomas

**DECLARATION OF TAONNA THOMAS RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
SACRAMENTO, CALIFORNIA

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11x(REV 3/08)

STATE FILE NUMBER: 3052020021577
LOCAL REGISTRATION NUMBER: 3202034000841

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): ANTONIO
- 2. MIDDLE: LAMAR
- 3. LAST (Family): THOMAS
- 4. DATE OF BIRTH: [redacted]
- 5. AGE Yrs.: 39
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 01/21/2020
- 8. HOUR (24 Hours): 0512
- 13. EDUCATION – Highest Level/Degree: 12 ND
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES (checked on 14), NO on 15
- 16. DECEDENT'S RACE: BLACK
- 17. USUAL OCCUPATION: SALES
- 18. KIND OF BUSINESS OR INDUSTRY: RETAIL
- 19. YEARS IN OCCUPATION: 2

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: 6705 GREENBACK LANE #8
- 21. CITY: CITRUS HEIGHTS
- 22. COUNTY/PROVINCE: SACRAMENTO
- 23. ZIP CODE: 95621
- 24. YEARS IN COUNTY: 39
- 25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: ANITA J B THOMAS, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: 6705 GREENBACK LANE #8, CITRUS HEIGHTS, CA 95621

### SPOUSE/SRDP AND PARENT INFORMATION
- 28-30. NAME OF SURVIVING SPOUSE/SRDP: —
- 31. NAME OF FATHER/PARENT – FIRST: ANTHONY
- 33. LAST: WALLACE
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT – FIRST: ANITA
- 36. MIDDLE: J B
- 37. LAST (BIRTH NAME): THOMAS
- 38. BIRTH STATE: OH

### FUNERAL DIRECTOR/LOCAL REGISTRAR
- 39. DISPOSITION DATE: 02/06/2020
- 40. PLACE OF FINAL DISPOSITION: CAMELLIA MEMORIAL LAWN, 10221 JACKSON ROAD, SACRAMENTO, CA 95827
- 41. TYPE OF DISPOSITION: BU
- 42. SIGNATURE OF EMBALMER: TITUS GREEN
- 43. LICENSE NUMBER: EMB8305
- 44. NAME OF FUNERAL ESTABLISHMENT: MORGAN JONES FUNERAL HOME
- 45. LICENSE NUMBER: FD855
- 46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE, MD
- 47. DATE: 02/04/2020

### PLACE OF DEATH
- 101. PLACE OF DEATH: UC DAVIS MEDICAL CENTER
- 102. IF HOSPITAL: IP (checked)
- 104. COUNTY: SACRAMENTO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 2315 STOCKTON BLVD
- 106. CITY: SACRAMENTO

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: PENDING
  - Time Interval (AT): PEND
- 108. DEATH REPORTED TO CORONER?: YES
  - REFERRAL NUMBER: 20-00388
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: Pending Investigation (X)
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: JENNIFER BECKER
- 127. DATE: 01/31/2020
- 128. TYPE NAME, TITLE: JENNIFER BECKER, DEPUTY CORONER

*010001004438325*

FOR GOVERNMENTAL PURPOSES ONLY

CASACRAM02

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.

001890912

DATE ISSUED: MAR 17 2020



DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

