UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, et al., | No. 2:20-cv-0903 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO et al., | |
| Defendants. | |

    This matter came before the undersigned on December 4, 2020, for hearing of defendants' motion for a protective order pursuant to Local Rule 302(c)(1).  (ECF No. 28.)  Attorney Mark Merin appeared via Zoom on behalf of plaintiffs.  Attorney Carl Fessenden appeared via Zoom on behalf of defendants.

    Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that defendants' November 6, 2020 motion for a protective order (ECF No. 21) is denied without prejudice to renewal.

Dated:  December 6, 2020

DLB:6
DB/orders/orders.civil/thomas0903.oah.120420

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1