UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, et al., | No. 2:20-cv-0903 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO et al., | |
| Defendants. | |

On July 9, 2021, the parties filed a Joint Motion for Leave to Depose a Prisoner pursuant to Rule 30 of the Federal Rules of Civil Procedure. (ECF No. 53.) The motion is noticed for hearing before the undersigned on July 30, 2021.[1] The motion explains that the parties jointly seek leave to depose Faron Mello, who is currently incarcerated at the Rio Cosumnes Correctional Center. (Id. at 5.) "[T]he plain language of Rule 30(a) [of the Federal Rules of Civil Procedure] requires 'leave of court' when the deponent is confined in prison." Ashby v. McKenna, 331 F.3d 1148, 1151 (10th Cir. 2003).

////

////

////

---

[1] The undersigned finds that the motion may be decided without a hearing pursuant to Local Rule 230(g).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' July 9, 2021 joint motion for leave to depose a prisoner (ECF No. 53) is granted;

2. The July 30, 2021 hearing of the motion for leave is vacated; and

3. The parties may depose Faron Mello.

Dated: July 21, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/thomas0903.r30.ord