**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT R. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE,<br><br>          Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOES 1-50,<br><br>          Defendants.<br>_____/ | No. 2:20-cv-00903-KJM-DB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO DEPOSE INMATE** |

On July 26, 2021, the parties filed a joint motion to depose an inmate pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. Pursuant to the parties' agreement the undersigned hereby GRANTS the parties' joint motion for leave to depose inmate.

Tyrone Joseph James, XREF# 3674598, is a necessary witness who is subject to deposition in this case and is confined in the Rio Cosumnes Correctional Center ("RCCC"), in the custody of the Sacramento County Sheriff's Department. In order to secure this inmate's attendance at a deposition, it is necessary

////

that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a deposition.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, to participate in a deposition at the time and place to be noticed by the parties in this matter, until completion of the deposition.

2. The custodian is ordered to notify the parties of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ.

3. The parties are directed to serve a copy of this order via fax on the Out to Court Desk at the Rio Cosumnes Correctional Center at (916) 854-9799, or via email.

4. The parties' July 26, 2021 joint motion (ECF No. 56) is granted and the September 10, 2021 hearing is vacated.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, RCCC, 12500 Bruceville Road, Elk Grove, California 95757:**

YOU ARE HEREBY COMMANDED to produce the inmate named above to testify at the deposition to be noticed in this matter, until completion of the deposition.

FURTHER, you have been ordered to notify the parties of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 28, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/thomas0903.r30.2.ord

{02462000.DOCX}  2
**ORDER GRANTING JOINT MOTION FOR LEAVE TO DEPOSE INMATE**