**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT R. JONES

Mark E. Merin, SBN 043849
Paul H. Masuhara, SBN 289805
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, CA 95814
TEL: (916) 443-6911
FAX: (916) 447-8336

Attorneys for Plaintiffs ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOES 1-50,<br><br>Defendants. | CASE NO. 2:20-cv-00903-KJM-DB<br><br>**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: May 3, 2020 |

{02470969.DOCX}                                    1
**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**

This Stipulation is entered into by and between Plaintiffs ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT R. JONES ("Defendants") (collectively, "the Parties") by and through their respective counsel.  The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the Court's Scheduling Order (ECF No. 16).  The parties request to continue scheduling deadlines related to this action.

WHEREAS, no trial date has been set in this matter;

WHEREAS, Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 44) is currently pending;

WHEREAS, the parties have been diligently pursuing discovery, but have been involved in several discovery disputes with Court intervention.  Depositions have been conducted, with additional depositions scheduled;

WHEREAS, there have been no previous modifications of the scheduling order in this matter;

WHEREAS, the parties have met and conferred and stipulate to continue scheduling deadlines, as follows:

- Fact discovery shall be completed by **January 31, 2022**.
- Expert disclosures shall be completed by **April 1, 2022**.
- Rebuttal expert witness disclosures shall be exchanged by **May 2, 2022**.
- All expert discovery shall be completed by **June 1, 2022**.
- All dispositive motions (except for motions for continuances, temporary restraining order, or other emergency applications) shall be heard by **August 1, 2022**.

For the reasons stated above, the parties submit that good cause exists for a continuance of scheduling deadlines in this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 5, 2021         Respectfully Submitted,

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:   /s/Carl. L. Fessenden
    Carl L. Fessenden
    Suli A. Mastorakos
    Attorneys for Defendants
    COUNTY OF SACRAMENTO, SACRAMENTO
    COUNTY SHERIFF'S DEPARTMENT, and
    SCOTT R. JONEs

Dated: August 5, 2021         Respectfully Submitted,

LAW OFFICE OF MARK E. MERIN

By:   /s/Paul H. Masuhara (Authorized on 7/29/21)
    Mark E. Merin
    Paul H. Masuhara
    Attorneys for Plaintiffs
    ESTATE OF ANTONIO THOMAS,
    TAIJAH THOMAS, TAIONNAA THOMAS,
    ANITA THOMAS, and ANTHONY WALLACE

# ORDER

**THE COURT ADJUSTS THE DEADLINES AS FOLLOWS:**

- Fact discovery shall be completed by January 31, 2022.
- Expert disclosures shall be completed by April 1, 2022.
- Rebuttal expert witness disclosures shall be exchanged by May 2, 2022.
- All expert discovery shall be completed by June 1, 2022.
- All dispositive motions (except for motions for continuances, temporary restraining order, or other emergency applications) shall be heard by August 5, 2022.[1]

IT IS SO ORDERED.

DATED: August 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties requested August 1, 2022, but that is not an available civil law and motion date.

{02470969.DOCX}

**JOINT STIPULATION TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**