Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:         mark@markmerin.com
                paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF ANTONIO THOMAS,
TAIJAH THOMAS, TAIONNA THOMAS,
ANITA THOMAS, and ANTHONY WALLACE

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, and SCOTT R. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNA THOMAS, ANITA THOMAS, and ANTHONY WALLACE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOE 1 to 50, <br><br> Defendants. | No. 2:20-cv-0903-KJM-DB <br><br> **JOINT REQUEST TO MODIFY PROTECTIVE ORDERS; AND ORDER** |

1

The parties—Plaintiffs Estate of Antonio Thomas, Taijah Thomas, Taionna Thomas, Anita Thomas, and Anthony Wallace (collectively, "Plaintiffs") and Defendants County of Sacramento, Sacramento County Sheriff's Department, and Scott R. Jones (collectively, "Defendants")—jointly request the Court to modify two currently-effective protective orders (ECF Nos. 54 & 59). Specifically, the parties request the Court to modify the protective orders to clarify that those protective orders will no longer cover the following documents, under which the documents were produced as "Confidential."

The Court's protective order dated July 22, 2021 (ECF No. 54), should be modified to exclude the following documents, which are no longer "Confidential" under the terms of the protective order:

Custody File of Antonio Thomas

- DEFS00146: "Booking Summary"
- DEFS00147-148: "Inmate Booking Information Receipt"
- DEFS00149: "Arrest Report"
- DEFS00150: "Probable Cause Declaration for In Custody Detainees"
- DEFS00151: "Health Services – Jails"
- DEFS00153: "Inmate Payout Receipt"
- DEFS00154: "Property and Clothing Record"
- DEFS00155: "Sentenced Prisoner Time Computation"
- DEFS00157: "Property Clothing Inventory Exchanges or Releases"
- DEFS00158: "Arrestee Datasheet"
- DEFS00159: "Inmate Booking Information Receipt"
- DEFS00160: "Arrest Report"
- DEFS00162-163: "Warrant Abstract"
- DEFS00164-165: "Inmate Incident Report"
- DEFS00168: "Transaction Receipt"
- DEFS00169: "Inmate Trust Fund"
- DEFS00170: "Property and Clothing Record"
- DEFS00171: "Property Clothing Exchanges and Releases"
- DEFS00175: "Arrestee Datasheet"

2

1    •    DEFS00176: "Inmate Booking Information Receipt"

2    •    DEFS00177: "Arrest Report"

3    •    DEFS00178: "Warrant Abstract"

4    •    DEFS00179: "Sentenced Prisoner Time Computation"

5    •    DEFS00181: "Inmate Incident Report"

6    •    DEFS00182: "Message Request"

7    •    DEFS00183: "Message Request"

8    •    DEFS00184: "Message Request"

9    •    DEFS00185: "Transaction Receipt"

10   •    DEFS00188: "Property and Clothing Record"

11   •    DEFS00189: "Restricted Diet"

12   •    DEFS00194: "Arrestee Datasheet"

13   •    DEFS00195: "Inmate Booking Information Receipt"

14   •    DEFS00196: "Arrest Report"

15   •    DEFS00197-198: "Custody Log"

16   •    DEFS00198-199: [Illegible]

17   •    DEFS00202: "Property and Clothing Record"

18   •    DEFS00205: "Message Request"

19   •    DEFS00207: "Arrestee Datasheet"

20   •    DEFS00208: "Inmate Booking Receipt"

21   •    DEFS00209: "Arrest Report"

22   •    DEFS00210-213: "Custody Log"

23   •    DEFS00214-215: "Warrant Abstract"

24   •    DEFS00219: "TouchPay Customer Receipt"

25   •    DEFS00220: "Property and Clothing Receipt"

26   •    DEFS00221: "Property Clothing Inventory or Release"

27   •    DEFS00224: "Miscellaneous Medical Needs"

28   •    DEFS00227: "Arrestee Datasheet"

3

- DEFS00228: "Arrest Report"
- DEFS00230: "Inmate/Detainee PREA Attestation Form"
- DEFS00231: "Warrant Abstract"
- DEFS00232: "Notice of 'Flash Incarceration'"
- DEFS00236: "Property and Clothing Record"
- DEFS00239: "Arrestee Datasheet"
- DEFS00240: "Arrest Report"
- DEFS00242: "Inmate Detainee PREA Attestation Form:
- DEFS00243: "Warrant Abstract"
- DEFS00244: "Notice of 'Flash Incarceration'"
- DEFS00248: "Property and Clothing Record"
- DEFS00251: "Arrestee Datasheet"
- DEFS00252: "Arrest Report"
- DEFS00253: "Custody Log"
- DEFS00254: "Inmate/Detainee PREA Attestation Form"
- DEFS00256: "Warrant Abstract"
- DEFS00257: "Notice of 'Flash Incarceration'"
- DEFS00261-262: "TouchPay Customer Receipt"
- DEFS00263: "Property and Clothing Record"
- DEFS00266: "Transaction Receipt"

The Court's protective order dated July 29, 2021 (ECF No. 59), should be modified to exclude the following documents, which are no longer "Confidential" under the terms of the protective order:

Classification File of Joshua Vaden

- DEFS03282-3283: Sergeant Thomas Lynn's e-mail re: "Classification and Housing of THOMAS and VADEN"
- DEFS03284-3294: "CLETS Response"

Custody File of Joshua Vaden

- DEFS03301-3302: Placer County Sheriff's Department Hold

4

1      •        DEFS03307-3313: "Custody Logs"

2               <u>Custody File of Antonio Thomas</u>

3      •        DEFS03316: "Inmate Booking Information Receipt"

4      •        DEFS03317: "Sentenced Prisoner Time Computation"

5      •        DEFS03318: [Illegible]

6      •        DEFS03319: "Court Disposition and Commitment"

7      •        DEFS03320: "Loss of Work Time"

8      •        DEFS03322: "Inmate Payout Receipt"

9      •        DEFS03323: "Property and Clothing Record"

10     •        DEFS03324: "Property and Clothing Inventory Exchanges or Releases"

11     •        DEFS03325-3326: Juvenile Court Disposition

12     •        DEFS03328: "Inmate Booking Information Receipt"

13     •        DEFS03329: "Arrest Report"

14     •        DEFS03330: "Probable Cause Declaration for In Custody Detainees"

15     •        DEFS03333: "Request for Bail Enhancement"

16     •        DEFS03335: "Inmate Payout Receipt"

17     •        DEFS03336: "Property and Clothing Record"

18     •        DEFS03338: "Property and Clothing Inventory Exchanges or Releases"

19     •        DEFS03339: "Arrestee Datasheet"

20     •        DEFS03340: "Arrest Report"

21     •        DEFS03341: "Probable Cause Declaration for In Custody Detainees"

22     •        DEFS03343: "Agreement to Appear"

23     •        DEFS03345: "Property and Clothing Record"

24     •        DEFS03346: "Property Clothing Inventory Exchanges or Releases"

25     •        DEFS03348: "Booking Summary"

26     •        DEFS03349-3350: "Inmate Booking Information Receipt"

27     •        DEFS03351: "Arrest Report"

28     •        DEFS03352: "Probable Cause Declaration for In Custody Detainees"

1     •     DEFS03355: "Inmate Payout Receipt"

2     •     DEFS03356: "Property and Clothing Record"

3     •     DEFS03357: "Sentenced Prisoner Time Computation"

4     •     DEFS03359: "Property Clothing Inventory Exchanges or Releases"

5     •     DEFS03360: "Inmate Booking Information Receipt"

6     •     DEFS03361: "Arrest Report"

7     •     DEFS03362: "Probable Cause Declaration for In Custody Detainees"

8     •     DEFS03365: "Property and Clothing Record"

9     •     DEFS03367: "Property Clothing Inventory Exchanges or Releases"

10     •     DEFS03368: "Inmate Booking Information Receipt"

11     •     DEFS03369: "Arrest Report"

12     •     DEFS03370: "Probable Cause Declaration for In Custody Detainees"

13     •     DEFS03371: "Inmate Release Report"

14     •     DEFS03372: "Trust Fund"

15     •     DEFS03374: "Property and Clothing Record"

16     •     DEFS03376: "Property Clothing Inventory Exchanges or Releases"

17     •     DEFS03378: "Arrest Report"

18     •     DEFS03379: "Probable Cause Declaration for In Custody Detainees"

19     •     DEFS03380: "Main Jail Identification Hold"

20     •     DEFS03381: "Inmate Release Report"

21     •     DEFS03382: "Property and Clothing Record"

22     •     DEFS03384: "Property Clothing Inventory Exchanges or Releases"

23     •     DEFS03385: "Booking Summary"

24     •     DEFS03386: "Crime Report"

25     •     DEFS03387: "Additional Crimes/Persons Report"

26     •     DEFS03388: "Suspect Information Sheet"

27     •     DEFS03389-3398: "Continuation Report"

28     •     DEFS03399: "Authorization for Release of Medical Information"

1      •      DEFS03400: "Casualty Report"

2      •      DEFS03401-3402: "Inmate Booking Information Receipt"

3      •      DEFS03403: "Arrest Report"

4      •      DEFS03404: "Probable Cause Declaration for In Custody Detainees"

5      •      DEFS03406: "Message Request"

6      •      DEFS03407: "Inmate Release Report"

7      •      DEFS03408: "Property and Clothing Record"

8      •      DEFS03411: Custody Log

9      •      DEFS03412: "Property Clothing Inventory Exchanges or Releases"

10     •      DEFS03418: "Inmate Booking Information Receipt"

11     •      DEFS03419: "Arrest Report"

12     •      DEFS03420: "Probable Cause Declaration for In Custody Detainees"

13     •      DEFS03421: "Certification of Mental Competency"

14     •      DEFS03423: "Property and Clothing Record"

15     •      DEFS03424: "Property Clothing Inventory Exchanges or Releases"

16     •      DEFS03427: "Arrestee Datasheet"

17     •      DEFS03428: "Arrest Report"

18     •      DEFS03429: "Probable Cause Declaration for In Custody Detainee"

19     •      DEFS03430: "Reply to Inmate Grievance/Suggestion"

20     •      DEFS03431: "Inmate Incident Report"

21     •      DEFS03432: "Inmate Grievance/Suggestion"

22     •      DEFS03433: "Message Request"

23     •      DEFS03434-3435: "Warrant Abstract"

24     •      DEFS03439: "Release Receipt"

25     •      DEFS03440: "Property and Clothing Record"

26     •      DEFS03441: "Property Clothing Inventory Exchanges or Releases"

27     •      DEFS03443: "Arrestee Datasheet"

28     •      DEFS03445: "Registry Detail Report"

1   •      DEFS03446: "Arrest Report"

2   •      DEFS03447: "Probable Cause Declaration for In Custody Detainees"

3   •      DEFS03448-3449: CDCR Info

4   •      DEFS03452: "Release Receipt"

5   •      DEFS03453: "Property and Clothing Record"

6   •      DEFS03454: "Property Clothing Inventory Exchanges or Releases"

7   •      DEFS03457: "Arrestee Datasheet"

8   •      DEFS03458: "Arrest Report"

9   •      DEFS03459: "Probable Cause Declaration for In Custody Detainees"

10  •      DEFS03460-3461: "Safety/Segregation Cell Log"

11  •      DEFS03463-3468: "Warrant Abstract"

12  •      DEFS03470: "Property and Clothing Record"

13  •      DEFS03471: "Property Clothing Inventory Exchanges or Releases"

14  •      DEFS03473: "Arrestee Datasheet"

15  •      DEFS03474: "Arrest Report"

16  •      DEFS03475: "Probable Cause Declaration for In Custody Detainees"

17  •      DEFS03477: "Agreement to Appear"

18  •      DEFS03479: "Property and Clothing Record"

19  •      DEFS03480: "Property Clothing Inventory Exchanges or Releases"

20  •      DEFS03484: "Inmate Booking Information Receipt"

21  •      DEFS03485: "Arrest Report"

22  •      DEFS03486: "Probable Cause Declaration for In Custody Detainees"

23  •      DEFS03494: "Warrant Abstract"

24  •      DEFS03495: Inmate Payout Receipt

25  •      DEFS03496: "Property and Clothing Record"

26  •      DEFS03497: "Property Clothing Inventory Exchanges or Releases"

27  •      DEFS03501: "Inmate Booking Information Receipt"

28  •      DEFS03502: "Arrest Report"

- DEFS03503: "Probable Cause Declaration for In Custody Detainees"
- DEFS03504: "Strip Search Authorization"
- DEFS03507: "Warrant Abstract"
- DEFS03508: "Certification of Mental Competency"
- DEFS03509: Facsimile Cover Sheet
- DEFS03510: "Property and Clothing Record"
- DEFS03511: "Property Clothing Inventory Exchanges or Releases"
- DEFS03514: Inmate Payout Receipt
- DEFS03515: "Inmate Booking Information Receipt"
- DEFS03516: "Arrest Report"
- DEFS03517: "Probable Cause Declaration for In Custody Detainees"
- DEFS03520: "Property Release"
- DEFS03522: "Message Request"
- DEFS03525: Inmate Payout Receipt
- DEFS03526: "Property and Clothing Record"
- DEFS03529: "Arrestee Datasheet"
- DEFS03530: "Inmate Booking Information Receipt"
- DEFS03531: "Arrest Report"
- DEFS03532-3533: CDCR Info
- DEFS03539: "Property and Clothing Record"
- DEFS03540: "Property Clothing Inventory Exchanges or Releases"
- DEFS03542: "Arrestee Datasheet"
- DEFS03543: "Inmate Booking Information Receipt"
- DEFS03544-3545: "Arrest Report"
- DEFS03546: CDCR Info
- DEFS03547-3548: "Sentenced Prisoner Time Computation"
- DEFS03551: "Transaction Receipt"
- DEFS03554: "TouchPay Receipt"

9

1      •      DEFS03555: "Property and Clothing Record"

2      •      DEFS03556: "Property Clothing Inventory Exchanges or Releases"

3      •      DEFS03557: "Property Release"

4      •      DEFS03561: "Arrestee Datasheet"

5      •      DEFS03562: "Inmate Booking Information Receipt"

6      •      DEFS03563: "Arrest Report"

7      •      DEFS03564: CDCR Info

8      •      DEFS03565: "Sentenced Prisoner Time Computation"

9      •      DEFS03567: "Inmate Incident Report"

10      •      DEFS03568: "Message Request"

11      •      DEFS03569: "Message Request"

12      •      DEFS03570: "Message Request"

13      •      DEFS03571: "Transaction Receipt"

14      •      DEFS03574: "Property and Clothing Record"

15      •      DEFS03575: "Restricted Diet"

16      •      DEFS03579: "Arrestee Datasheet"

17      •      DEFS03580: "Inmate Booking Information Receipt"

18      •      DEFS03581: "Arrest Report"

19      •      DEFS03582-3583: "Custody Log"

20      •      DEFS03584: [Illegible]

21      •      DEFS03587: "Property and Clothing Record"

22      •      DEFS03591: "Message Request"

23      Custody File of Antonio Thomas

24      •      DEFS03600: "Arrestee Datasheet"

25      •      DEFS03601: "Arrest Report"

26      •      DEFS03603: "Inmate/Detainee PREA Attestation Form"

27      •      DEFS03604: "Warrant Abstract"

28      •      DEFS03605: "Notice of 'Flash Incarceration'"

10

1    • DEFS03609: "Property and Clothing Record"

2    Custody File of Antonio Thomas

3    • DEFS03666: "Arrestee Datasheet"

4    • DEFS03667: "Arrest Report"

5    • DEFS03668: "Custody Log"

6    • DEFS03669: "Inmate/Detainee PREA Attestation Form"

7    • DEFS03671: "Warrant Abstract"

8    • DEFS03672: "Notice of 'Flash Incarceration'"

9    • DEFS03676: "TouchPay Receipt"

10   • DEFS03677: "TouchPay Receipt"

11   • DEFS03678: "Property and Clothing Record"

12   Custody File of Antonio Thomas

13   • DEFS03735: "Arrestee Datasheet"

14   • DEFS03736: "Arrest Report"

15   • DEFS03737-3749: "Custody Log"

16   • DEFS03751: "Inmate/Detainee PREA Attestation Form"

17   • DEFS03752: "Warrant Abstract"

18   • DEFS03753: "Notice of 'Flash Incarceration'"

19   • DEFS03754: "Notice of 'Flash Incarceration'"

20   • DEFS03756: "Property and Clothing Record"

21   • DEFS03759: "Transaction Receipt"

22   \ \ \

23   \ \ \

24   \ \ \

25   \ \ \

26   \ \ \

27   \ \ \

28   \ \ \

1    IT IS SO STIPULATED.

2    Dated: September 30, 2021                    Respectfully Submitted,
                                                  LAW OFFICE OF MARK E. MERIN
3
                                                       /s/ Mark E. Merin
4

5                                                 By: _____
                                                      Mark E. Merin
6                                                     Paul H. Masuhara

7                                                     Attorneys for Plaintiffs
                                                      ESTATE OF ANTONIO THOMAS,
8                                                     TAIJAH THOMAS, TAIONNA THOMAS,
                                                      ANITA THOMAS, and ANTHONY WALLACE
9

10   Dated: September 30, 2021                    Respectfully Submitted,
                                                  P O R T E R  |  S C O T T
11

12                                                     /s/ Suli A. Mastorakos
                                                       (as authorized on September 30, 2021)
13                                                By: _____
                                                      Carl L. Fessenden
14                                                    Suli A. Mastorakos

15                                                    Attorneys for Defendants
                                                      COUNTY OF SACRAMENTO,
16                                                    SACRAMENTO COUNTY SHERIFF'S
                                                      DEPARTMENT, and SCOTT R. JONES
17

18

19                                  **ORDER**

20       GOOD CAUSE APPEARING, the parties' request is GRANTED.

21       The protective orders entered on July 22, 2021 (ECF No. 54), and July 29, 2021 (ECF No. 59),

22   are MODIFIED.  Each of the documents identified above is no longer "Confidential" under the terms of

23   the protective orders and Fed. R. Civ. P. 26(c).

24       IT IS SO ORDERED.

25   DATED: October 1, 2021                       /s/ DEBORAH BARNES_____
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              12