Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:  (916) 447-8336
E-Mail:  mark@markmerin.com
         paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF ANTONIO THOMAS,
TAIJAH THOMAS, TAIONNA THOMAS,
ANITA THOMAS, and ANTHONY WALLACE

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, and SCOTT R. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNA THOMAS, ANITA THOMAS, and ANTHONY WALLACE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOE 1 to 50,<br><br>Defendants. | No. 2:20-cv-0903 KJM DB<br><br>**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS; AND ORDER** |

1

**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00903-KJM-DB

The parties—Plaintiffs Estate of Antonio Thomas, Taijah Thomas, Taionna Thomas, Anita Thomas, and Anthony Wallace (collectively, "Plaintiffs") and Defendants County of Sacramento, Sacramento County Sheriff's Department, and Scott R. Jones (collectively, "Defendants")—jointly request the Court to modify two currently-effective protective orders (ECF Nos. 54 & 59). Specifically, the parties request the Court to modify the protective orders to clarify that those protective orders will no longer cover the following documents, under which the documents were produced as "Confidential."

1. The Court's protective order dated July 22, 2021 (ECF No. 54), should be modified to exclude the following documents, which are no longer "Confidential" under the terms of the protective order:

Custody File of Antonio Thomas

- DEFS00026: "Release Screening Form"
- DEFS00030-31: "Jail Locator Card"

Custody File of Antonio Thomas

- DEFS00152: "Locator Card"
- DEFS00156: "Medical Systems Receiving Screening"
- DEFS00166-167: "Locator Card"
- DEFS00186-187: "Locator Card"
- DEFS00200-201: "Locator Card"
- DEFS00216: "Release Screening Form"
- DEFS00217-218: "Locator Card"
- DEFS00222: "Medical Expedite Booking:
- DEFS00233: "Release Screening Form"
- DEFS00234-235: "Locator Card"
- DEFS00245: "Release Screening Form"
- DEFS00246-247: "Locator Card"
- DEFS00258: "Release Screening Form"
- DEFS00259-260: "Locator Card"

\ \ \

2

**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00903-KJM-DB

2. The Court's protective order dated July 29, 2021 (ECF No. 59), should be modified to exclude the following documents, which are no longer "Confidential" under the terms of the protective order:

<u>Custody File of Antonio Thomas</u>

- DEFS03321: "Prisoner Locator Card"
- DEFS03327: "Medical Systems Receiving Screening"
- DEFS03334: "Prisoner Locator Card"
- DEFS03337: "Medical Systems Receiving Screening"
- DEFS03344: "Release Screening Form"
- DEFS03353: "Health Services – Jails"
- DEFS03354: "Locator Card"
- DEFS03358: "Medical Systems Receiving Screening"
- DEFS03363: "Miscellaneous Medical Needs"
- DEFS03364: "Locator Card"
- DEFS03366: "Medical Systems Receiving Screening"
- DEFS03373: "Locator Card"
- DEFS03375: "Medical Systems Receiving Screening"
- DEFS03377: "Locator Card"
- DEFS03383: "Medical Systems Receiving Screening"
- DEFS03405: "Locator Card"
- DEFS03409: "Miscellaneous Medical Needs"
- DEFS03410: "Medical Systems Receiving Screening"
- DEFS03422: "Locator Card"
- DEFS03425: "Medical Systems Receiving Screening"
- DEFS03436: "Release Screening"
- DEFS03437-3438: "Locator Card"
- DEFS03442: "Miscellaneous Medical Needs"
- DEFS03450-3451: "Locator Card"

3

**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00903-KJM-DB

- DEFS03455: "Miscellaneous Medical Needs"
- DEFS03469: "Release Screening Form"
- DEFS03478: "Release Screening Form"
- DEFS03482-3483: "Locator Card"
- DEFS03499-3500: "Locator Card"
- DEFS03512: "Miscellaneous Medical Needs"
- DEFS03523-3524: "Locator Card"
- DEFS03527: "Miscellaneous Medical Needs"
- DEFS03535: "Release Screening Form"
- DEFS03537-3538: "Locator Card"
- DEFS03549: "Release Screening Form"
- DEFS03552-3553: "Locator Card"
- DEFS03572-3573: "Locator Card"
- DEFS03585-3586: "Locator Card"

<u>Custody File of Antonio Thomas</u>

- DEFS03606: "Release Screening Form"
- DEFS03607-3608: "Locator Card"

<u>Custody File of Antonio Thomas</u>

- DEFS03673: "Release Screening Form"
- DEFS03674-3675: "Locator Card"

<u>Custody File of Antonio Thomas</u>

- DEFS03755: "Release Screening Form"

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

4

**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00903-KJM-DB

IT IS SO STIPULATED.

Dated: December 1, 2021

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin
Paul H. Masuhara

  Attorneys for Plaintiffs
  ESTATE OF ANTONIO THOMAS,
  TAIJAH THOMAS, TAIONNA THOMAS,
  ANITA THOMAS, and ANTHONY WALLACE

Dated: December 1, 2021

Respectfully Submitted,
PORTER | SCOTT

*/s/ Suli A. Mastorakos*
(as authorized on December 1, 2021)

By: _____
Carl L. Fessenden
Suli A. Mastorakos

  Attorneys for Defendants
  COUNTY OF SACRAMENTO,
  SACRAMENTO COUNTY SHERIFF'S
  DEPARTMENT, and SCOTT R. JONES

## ORDER

GOOD CAUSE APPEARING, the parties' request is GRANTED.

The protective orders entered on July 22, 2021 (ECF No. 54), and July 29, 2021 (ECF No. 59), are MODIFIED. Each of the documents identified above is no longer "Confidential" under the terms of the protective orders and Fed. R. Civ. P. 26(c).

IT IS SO ORDERED.

DATED: December 3, 2021           /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

5

**SECOND JOINT REQUEST TO MODIFY PROTECTIVE ORDERS**
*Estate of Thomas v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-00903-KJM-DB