UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, et al., | No.  2:20-cv-0903 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO et al., | |
| Defendants. | |

On December 13, 2021, defendants filed a motion for protective order and noticed the matter for hearing before the undersigned on January 28, 2022.  (ECF No. 92.)  Defendants then amended their motion on December 27, 2021.  (ECF No. 95.)  On January 21, 2022, the parties filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251.  (ECF No. 108.)  Within the Joint Statement the parties' dispute whether defendants timely provided plaintiffs with a copy of a declaration used to support defendants' portion of the Joint Statement.  In this regard, plaintiffs argue that the declaration at issue "was not provided during meet-and-confer efforts[.]"  (Id. at 11.)

The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-

1

magistrate-judge-deborah-barnes-db. Here, it appears from the parties' briefing that they did not meet and confer after the filing the discovery motion in compliance with the undersigned's Standard Information. (JS (ECF No. 108) at 13; Mastorakos Decl. (ECF No. 109) at 5; Merin Decl. (ECF No. 108-1) at 3-4.) Defendants' motion, therefore, will be denied without prejudice to renewal.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' December 13, 2021 motion for protective order (ECF No. 92), amended on December 27, 2021 (ECF No. 95) is denied without prejudice to renewal; and

2. The January 28, 2022 hearing is vacated.

Dated: January 27, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/thomas0903.m&c2.ord

---

[1] This ruling should come as no surprise to the parties as this is not the first time the parties have had a discovery motion denied for this very reason. See ECF No. 75.