1

**PORTER | SCOTT**

2
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
3
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
4
Sacramento, California 95825
TEL: 916.929.1481
5
FAX: 916.927.3706

6
Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, SCOTT R. JONES, CHRISTOPHER STURGIS, HERMELINDO RUBIO, and GUIL
7
MONGALO
8
*Exempt from Filing Fees Pursuant to Government Code § 6103*

9
Mark E. Merin, SBN 043849
Paul H. Masuhara, SBN 289805
10
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
11
Sacramento, CA 95814
TEL: (916) 443-6911
12
FAX: (916) 447-8336

13
Attorneys for Plaintiffs ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA
THOMAS, ANITA THOMAS, and ANTHONY WALLACE
14

15
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
16

17
| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE, | CASE NO.  2:20-cv-00903-KJM-DB |
| | **STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE** |
| Plaintiffs, | |
| v. | Complaint Filed:  May 3, 2020 |
| | FAC Filed: 11/19/21 |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOES 1-50, | |
| Defendants. | |
| / | |

18
19
20
21
22
23
24
25
26
27
28

{02682535.DOCX}                           1

STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         The parties have met and conferred and have agreed to participate in a Settlement Conference with

3  Magistrate Judge Kendall J. Newman. The parties have contacted the clerk for Magistrate Newman who

4  has advised there is an available date of June 21, 2022, at 10:00 a.m.

5         **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their

6  counsel of record:

7         1.      That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement

8  Conference; and

9         2.       That the Settlement Conference be scheduled for  June 21, 2022, at 10:00 a.m.

10

11        **IT IS SO STIPULATED.**

12

13

14  Dated:  April 27, 2022                                 PORTER SCOTT

15                                                    A PROFESSIONAL CORPORATION

16                                                    By  /s/ Carl L. Fessenden _____

17                                                         Carl L. Fessenden
                                                         Suli A. Mastorakos
18                                                         Attorneys for Defendants

19

20   Dated: April 27, 2022                        Respectfully Submitted,

21                                                    Law Office of Mark E. Merin

22

23                                                    By:  _/s/Mark E. Merin (Authorized on 4/18/22)_

24                                                         Mark E. Merin
                                                         Paul H. Masuhara
25                                                         Attorneys for Plaintiffs
                                                         ESTATE OF ANTONIO THOMAS,
26                                                         TAIJAH THOMAS, TAIONNAA THOMAS,
                                                         ANITA THOMAS, and ANTHONY WALLACE
27

28

{02682535.DOCX}                           2

STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation for a Settlement Conference and finding good cause therefore, hereby approves:

1.      That this matter be referred to Magistrate Judge Kendall J. Newman for a Settlement Conference on June 21, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  April 27, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE DATE