**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, CHRISTOPHER STURGIS, HERMELINDO RUBIO, and GUIL MONGALO

*Exempt from Filing Fees Pursuant to Government Code § 6103*

Mark E. Merin, SBN 043849
Paul H. Masuhara, SBN 289805
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, CA 95814
TEL: (916) 443-6911
FAX: (916) 447-8336

Attorneys for Plaintiffs ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOES 1-50,<br><br>Defendants.<br>_____ / | CASE NO. 2:20-cv-00903-KJM-DB<br><br>**JOINT STIPULATION TO FURTHER MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**<br><br>Complaint Filed: May 3, 2020<br>FAC Filed: 11/19/21 |

{02694308.DOCX} 1
**JOINT STIPULATION TO FURTHER MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER**

This Stipulation is entered into by and between Plaintiffs ESTATE OF ANTONIO THOMAS, TAIJAH THOMAS, TAIONNAA THOMAS, ANITA THOMAS, and ANTHONY WALLACE ("Plaintiffs") and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, CHRISTOPHER STURGIS, HERMELINDO RUBIO, and GUIL MONGALO ("Defendants") (collectively, "the Parties") by and through their respective counsel.  The Parties enter into this stipulation and proposed order in compliance with the Federal Rule of Civil Procedure 16(b) and the requirements of the Court's Scheduling Order (ECF No. 16). The parties request to further modify the Scheduling Order to continue the time to complete expert depositions and dispositive motion deadlines related to this action.

WHEREAS, no trial date has been set in this matter;

WHEREAS, this is the parties' second request to modify the Scheduling Order (ECF No. 63);

WHEREAS, the parties have agreed to participate in a Settlement Conference that is scheduled for June 21, 2022, with Magistrate Judge Kendall J. Newman. (ECF No. 154.) The parties request to continue the deadlines until after the Settlement Conference so that the parties do not needlessly expend resources in time and expense with expert depositions and dispositive motion practice, should the matter settle at the upcoming Settlement Conference.

WHEREAS, the parties have met and conferred and stipulate to continue scheduling deadlines, as follows:

| EVENT | CURRENT DEADLINE | NEW PROPOSED DEADLINE |
| --- | --- | --- |
| Expert Depositions | June 1, 2022 | August 1, 2022 |
| Dispositive Motions (except motions for continuances, temporary restraining order, or other emergency applications) | August 1, 2022 | October 3, 2022 |

For the reasons stated above, the parties submit that good cause exists for a continuance of scheduling deadlines in this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 15, 2022                     Respectfully Submitted,

                                            PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By:    /s/Carl. L. Fessenden
                                                  Carl L. Fessenden
                                                  Suli A. Mastorakos
                                                  Attorneys for Defendants
                                                  COUNTY OF SACRAMENTO, SACRAMENTO
                                                  COUNTY SHERIFF'S DEPARTMENT,
                                                  SCOTT R. JONES, CHRISTOPHER STURGIS,
                                                  HERMELINDO RUBIO, and GUIL MONGALO


Dated: May 15, 2022                     Respectfully Submitted,

                                            LAW OFFICE OF MARK E. MERIN

                                            By:   /s/Mark E. Merin (Authorized on 5/5/22)
                                                  Mark E. Merin
                                                  Paul H. Masuhara
                                                  Attorneys for Plaintiffs
                                                  ESTATE OF ANTONIO THOMAS,
                                                  TAIJAH THOMAS, TAIONNAA THOMAS,
                                                  ANITA THOMAS, and ANTHONY WALLACE

**ORDER**

Expert Depositions are now due on **August 1, 2022**.

Dispositive Motions shall be heard on or before **October 21, 2022**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  May 16, 2022.

                                                          CHIEF UNITED STATES DISTRICT JUDGE